58 A.3d 1176

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MIRLE LOPEZ, DEFENDANT–PETITIONER.

April 9, 2012.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Trial Court for an evidentiary hearing on the claims raised in the petition for post-conviction relief. Jurisdiction is not retained.